# United States Bankruptcy Court

## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Francis M Smolen | ) | Chapter 13 |
| | ) | Case No. 18 B 33919 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Francis M Smolen
1104 Westover Lane
Schaumburg, IL  60193-3436

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

On February 26, 2019 at 11:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, February 16, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 12/06/2018.

2. The debtor(s) have failed to provide copies of all payment advices or other evidence of payment received within 60 days before the date of filing the petition.

3. The debtor(s) have failed to resolve the pending objection(s) to the plan.

4. The debtor(s) have failed to commit all disposable income to the plan.

5. The debtor(s) have failed to provide a Comparative Market Analysis to substantiate the value of the property listed on schedule A.

6. Debtor has failed to amend Schedule I to list correct length of employment.

7. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE